UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Mark L Dykstra and Sue E Dykstra fka Sue E. Pankow, fka Sue E. Altschwager<br><br>Debtors. | Chapter: 13<br><br>Case No. 11-11428-rdm |

**ORDER REGARDING STIPULATION BY AND BETWEEN DEBTORS AND CITIMORTGAGE, INC. RESOLVING DEBTORS' OBJECTION TO CITIMORTGAGE, INC.'S AFFIDAVIT OF DEFAULT**

Pursuant to the stipulation by and between the debtor(s) and CitiMortgage, Inc., its successors and/or assignees (hereinafter "the movant") with respect to the property located at 386 South St, Fall River, WI 53932-9709,

IT IS HEREBY ORDERED that the debtors shall pay the post-petition arrearage which exists through the end of March 2015 in the amount of $3,931.41 by supplementing each of the next thirteen monthly mortgage payments from April 2015 through and including April 2016 with the additional monthly sum of $302.42.  Accordingly, during the thirteen month(s) in question, the debtors shall pay the additional monthly sum of $302.42 to the movant in sufficient time to be received on or before the 16th day of each month within which each such payment is due.   In the event any such payment is not

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com.

received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.   The arrearage is itemized as follows:

| | |
|---|---:|
| 11/14 through 3/15 | $7,593.80 |
| 5 mortgage payments @ $1,518.76 | |
| Credits / Suspense | (156.16) |
| Attorney Fees and Costs | 550.00 |
| Payment received 1/21/2015 | (3,419.52) |
| Payment received 2/12/2015 | (636.71) |
| TOTAL ARREARAGE | $3,931.41 |

IT IS FURTHER ORDERED that commencing in April 2015 through and including December 2015, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in January 2016, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,518.76 and payments shall be made to the movant at CitiMortgage, Inc., PO Box 183040 Columbus, OH 43218-3040.

#####